ORIGINAL

```
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :    INFORMATION
        - v. -                      :    08 Cr. 496
ALEX CHINCHILLA,                    :
a/k/a "ALEX CHINCHILLA MURCIA,"     :
"ALEX CHINCHILLA FUENTES," "ALEX    :
CHINCHIA"                           :
        Defendant.                  :
- - - - - - - - - - - - - - - - - -x
```

COUNT ONE

The United States Attorney Charges:

On or about March 5, 2008, in the Southern District of New York and elsewhere, ALEX CHINCHILLA, a defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission, to wit, having been deported and removed from the United States on or about July 2, 2003.

(Title 8, United States Code, Sections 1326(a))

*[signature]*

MICHAEL J. GARCIA
United States Attorney