# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ALEX CHINCHILLA,
a/k/a "Alex Chinchilla Murcia,"
a/k/a "Alex Chinchilla Fuentes,"
a/k/a "Alex Chinchia,"

            Defendant.
------------------------------------ x

08 Cr. 496

Judge Robinson

ALEX CHINCHILLA, a/k/a "Alex Chinchilla Murcia," a/k/a "Alex Chinchilla Fuentes," a/k/a "Alex Chinchia", the above-named defendant, who is accused of violating Title 8, United States Code, Section 1326(a), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

X _____
                Defendant.

_____
Counsel for Defendant.

Date:   White Plains, New York
        June 4, 2008